IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA DURAN, and JENNIFER CROUSE,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST MAPLE DENTAL SPECIALISTS, PC, and LOURDES SECOLA,<br><br>Defendants. | 8:20CV428<br><br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulated Motion of Dismissal (Filing No. 41). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each side to bear its own fees and costs.

Dated this 12th day of July 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge